USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/01/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HC2 STATION GROUP, INC.,

                              Plaintiff,

         -against-                                    20-cv-1861 (VEC)

                                                        ORDER

RADIANT LIFE MINISTRIES, INC, and
MICHALE JEROME DALY, ESQ.,

                            Defendants.

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff has filed an amended complaint in response to a pending motion to dismiss, Dkt. 14;

      IT IS HEREBY ORDERED THAT the pending motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to terminate docket entry 8.

**SO ORDERED.**

**Date: April 1, 2020**
**New York, New York**

                                                                  **VALERIE CAPRONI**
                                                                **United States District Judge**