

Matthew J. Reynolds • 646.872.9353 • reynolds@huthreynolds.com • 7800 Grampian Court, Chesterfield VA 23838

April 13, 2020

*Via ECF*

Chambers of Hon. Valerie Caproni, United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/13/2020
```

Re:   *HC2 Station Group, Inc. v. Radiant Life Ministries, Inc.*, Case No. 1:20-cv-01861-VEC:  Joint Request for Adjournment of Initial Pretrial Conference

Dear Judge Caproni:

**MEMO ENDORSED**

Pursuant to section 1.C of this Court's Individual Practices in Civil Cases, Plaintiff HC2 Station Group, Inc. ("HC2") and Defendants Radiant Life Ministries, Inc. ("RLM") and Michael Jerome Daly, Esq. ("Daly" and, collectively with HC2 and RLM, the "Parties"), by their respective undersigned attorneys, jointly request the following modifications to the Court's March 4, 2020 Notice of Initial Pretrial Conference, ECF No. 7 (the "Notice"):

1. That the Parties' deadline for submitting the joint letter required by paragraph 2 of the Notice be extended to **May 7, 2020**;

2. That the Initial Pretrial Conference ("IPTC") currently scheduled for April 17, 2020 be adjourned to **May 15, 2020** (or, if the Court determines upon review of the Parties' pre-conference submissions that a case management plan can be entered without a conference, cancelled); and

3. That, to the extent the Court determines that an IPTC is necessary, such IPTC be held via teleconference.

The Parties request these modifications to the Court's Notice due to travel and business disruptions relating to the current pandemic.  No previous adjournment has been requested by any Party, and all Parties consent to the new proposed dates.

[SIGNATURES ON FOLLOWING PAGE]

Page 2
April 13, 2020



Respectfully submitted,

| | |
|---|---|
| S/ Matthew J. Reynolds | /s/ Thomas F. Urban II |
| Karl C. Huth (KH 0000) | Thomas F. Urban II (admitted pro hac vice) |
| Matthew J. Reynolds (MR 5740) | Fletcher, Heald & Hildreth, PLC |
| 41 Cannon Court | 1300 17th Street North, Suite 1100 |
| Huntington, NY 11743 | Arlington, Virginia 22209 |
| (212) 731-9333 | (703) 812-0400 (703) 812-0486 (fax) |
| huth@huthreynolds.com | urban@fhhlaw.com |
| reynolds@huthreynolds.com | |
| *Counsel for Plaintiff HC2 Station Group, Inc.* | *Counsel for Defendants Radiant Life Ministries, Inc. and Michael Jerome Daly, Esq.* |

The April 17, 2020, conference is adjourned to **May 1, 2020, at 10:00 A.M.**  The parties' joint pre-conference submissions are due by **April 23, 2020**.

SO ORDERED.        Date: 04/13/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE